**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Southern District of Texas

In re   **Diabetes America, Inc.**

Debtor(s)

Case No.   **10-41521**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aetna Life Insurance Company**<br>P. O. Box 981105<br>El Paso, TX 79998-1105 | **Robbin Cizek**<br>**Aetna Life Insurance Company**<br>P. O. Box 981105<br>El Paso, TX 79998-1105<br>Fax - 860-975-9719 | | | **412,488.00** |
| **EBKT-DA, LLC**<br>Lee A. Ohliger<br>Carter Ledyard & Milburn<br>2 Wall Street<br>New York, NY 10005 | **EBKT-DA, LLC**<br>Lee A. Ohliger<br>Carter Ledyard & Milburn<br>New York, NY 10005<br>Fax - 212-732-3232 | **Lease** | **Subject to Setoff** | **364,737.50** |
| **Strasburger & Price, LLP**<br>P. O. Box 849037<br>Dallas, TX 75284-9037 | **Kathy Darling**<br>**Strasburger & Price, LLP**<br>P. O. Box 849037<br>Dallas, TX 75284-9037<br>512-536-5711 | **Trade** | **Disputed** | **213,922.85** |
| **PSS**<br>6601 Guada Coma Drive<br>Suite 250<br>Schertz, TX 78154 | **Gerry Hannaford**<br>**PSS**<br>6601 Guada Coma Drive<br>Suite 250<br>Schertz, TX 78154<br>281-765-3145 | **Trade** | | **152,814.13** |
| **Stradling Yocca Carlson & Rauth**<br>669 Newport Center Drive, #1600<br>Newport Beach, CA 92660-6441 | **Bruce Feuchter**<br>**Stradling Yocca Carlson & Rauth**<br>669 Newport Center Drive, #1600<br>Newport Beach, CA 92660-6441<br>949-725-4100 | **Trade** | | **142,928.53** |
| **Premium Assignment Corporation**<br>P. O. Box 3100<br>Tallahassee, FL 32315-3100 | **Steve Davis**<br>**Premium Assignment Corporation**<br>P. O. Box 3100<br>Tallahassee, FL 32315-3100<br>800-286-8999 | **Trade** | | **91,065.26** |
| **Porter & Hedges, LLP**<br>P. O. Box 841184<br>Dallas, TX 75284 | **Bryan Brown**<br>**Porter & Hedges, LLP**<br>P. O. Box 841184<br>Dallas, TX 75284<br>713-226-6291 | **Trade** | **Disputed** | **87,081.55** |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com            Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Diabetes America, Inc.**
　　　　　　　　　　　　Debtor(s)

Case No.　**10-41521**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cardinal Health, Inc. c/o Totz Ellison & Totz Suite 510 Houston, TX 77098 | Jon Totz Cardinal Health, Inc. c/o Totz Ellison & Totz Suite 510 Houston, TX 77098 713-275-0304 | | | 86,616.79 |
| Identity Architects 8807 W. Sam Houston Parkway N. Suite 111 Houston, TX 77040 | Keenon Rayner Identity Architects 8807 W. Sam Houston Parkway N. Suite 111 Houston, TX 77040 281-970-0382 | Trade | | 64,076.89 |
| SM Center Conroe Ltd. Attn: Patrick Murphy 2605 LBJ Frwy. Suite A Dallas, TX 75234 | SM Center Conroe Ltd. Attn: Patrick Murphy 2605 LBJ Frwy. Dallas, TX 75234 Fax - 972-421-2713 | Lease | Subject to Setoff | 55,288.71 |
| Southwest Sign Group, Inc. c/o Brett E. Dunn 425 Soledad Suite 300 San Antonio, TX 78205 | Will Frey Southwest Sign Group, Inc. c/o Brett E. Dunn 425 Soledad San Antonio, TX 78205 Fax - 210-648-5441 | Trade | | 49,689.70 |
| RiverStone Wealth Management 7801 Capital of Texas Highway Suite 310 Austin, TX 78731 | Azam Jaber RiverStone Wealth Management 7801 Capital of Texas Highway Suite 310 Austin, TX 78731 512-476-5754 | Commission | | 44,200.00 |
| NASA Parkway MOB SJH Medical Office Partners 11360 Jog Road Suite 200 Palm Beach Gardens, FL 33418 | c/o Melissa Robles NASA Parkway MOB SJH Medical Office Partners 11360 Jog Road Palm Beach Gardens, FL 33418 Fax - 713-451-7071 | Lease | Subject to Setoff | 40,044.96 |
| Unilev Management Corporation c/o Jeff Carruth WEYCER, KAPLAN, PULASKI & ZUBE, P.C. 3030 Matlock Rd., Suite 201 Arlington, TX 76015 | Unilev Management Corporation c/o Jeff Carruth 3030 Matlock Rd, Suite 201 Arlington, TX 76015 Fax - 866-666-5322 | Lease | Subject to Setoff | 33,600.33 |
| Verizon Business P. O. Box 371355 Pittsburgh, PA 15250-7355 | Lakesisha Adams Verizon Business P. O. Box 371355 Pittsburgh, PA 15250-7355 Fax - 866-742-3686 | Trade | | 32,507.03 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Diabetes America, Inc.**        Case No.    **10-41521**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Venue at Hometown, Ltd.**<br>**Attn:  Richard A. Myers**<br>**8333 Douglas Ave.**<br>**Suite 110**<br>**Dallas, TX 75225** | **Venue at Hometown, Ltd.**<br>**Attn:  Bob Moore**<br>**8333 Douglas Ave.**<br>**Dallas, TX 75225**<br>**Fax - 469-533-4150** | **Lease** | | **31,930.97** |
| **GE Healthcare IITS USA Corp.**<br>**P. O. Box 277475**<br>**Atlanta, GA 30384-7475** | **Laura Cross**<br>**GE Healthcare IITS USA Corp.**<br>**P. O. Box 277475**<br>**Atlanta, GA 30384-7475**<br>**262-546-0796** | **Trade** | | **31,125.70** |
| **Konica Minolta Premier Finance**<br>**P. O. Box 790448**<br>**Saint Louis, MO 63179-0448** | **Jim Sharkey**<br>**Konica Minolta Premier Finance**<br>**P. O. Box 790448**<br>**Saint Louis, MO 63179-0448**<br>**Fax - 800-328-9092** | **Trade** | | **28,822.62** |
| **Sealy Westport Portfolio, L.P.**<br>**Dept. # 1593**<br>**P. O. Box 11407**<br>**Birmingham, AL 35246-1593** | **Richard Howell**<br>**Sealy Westport Portfolio, L.P.**<br>**Dept. # 1593**<br>**P. O. Box 11407**<br>**Birmingham, AL 35246-1593**<br>**Fax - 713-789-7703** | **Lease** | | **26,802.27** |
| **Pearland MOB, Ltd.**<br>**98 San Jacinto Blvd.**<br>**Suite 1810**<br>**Austin, TX 78701** | **Leigh McMurtrey**<br>**Pearland MOB, Ltd.**<br>**98 San Jacinto Blvd.**<br>**Suite 1810**<br>**Austin, TX 78701**<br>**Fax - 781-890-9989** | **Lease** | | **26,593.40** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 29, 2010**      Signature    /s/ Monte B. Tucker

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.