

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/03/2011

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-41521 |
| DIABETES AMERICA, INC., | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

## FINAL ORDER AUTHORIZING USE OF ALLEGED CASH COLLATERAL

Came on this day to be considered the Emergency Motion of the Debtor for Interim and Final Order Authorizing Use of Cash Collateral and Granting Related Relief (the "Motion"), filed herein by Diabetes America, Inc., the above-captioned debtor and debtor-in-possession (the "Debtor"). The Court finds that it has jurisdiction to consider the relief requested in the Motion, pursuant to 28 U.S.C. §§ 157 and 1334. The Court further finds that this matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Court therefore

**HEREBY FINDS:**

A. The Court has previously held two interim hearings on the Debtor's proposed use of cash collateral.

B. Upon the Court's review of the record, the evidence presented at the prior hearings on the use of cash collateral, the representations of counsel for the Debtor at such hearings, and the representations in that certain "Unsworn Declaration Bonita L. Groesser," filed contemporaneously herein by the Debtor, the relief requested in the Motion should be granted, on a final basis, and such relief is necessary for the preservation of the Debtor's estate and to avoid potential immediate and irreparable harm to the estate pending a final hearing on Debtor's Motion.

D. The respective positions of MetroBank, N.A. ("MetroBank") and the Other Secured Creditors[1] are adequately protected on an interim basis, subject to the terms set forth herein.

E. The Motion and notice given of the interim and final hearings on the Motion was appropriate and reasonable under the circumstances of this case.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is **GRANTED**, on a final basis, and the Debtor is hereby authorized to use the alleged cash collateral of MetroBank and the Other Secured Creditors to pay the expenses described in the Budget attached as Exhibit "A" to this Order; provided that the Debtor may deviate from the attached Budget and incur additional expenses after obtaining either (a) consent from MetroBank or (b) approval by this Court.

2. Nothing contained in the Motion or this Order shall constitute a finding by this Court that either MetroBank or the Other Secured Creditors hold valid, perfected and unavoidable security interests or liens on any assets of Debtor's bankruptcy estate or otherwise.

3. Nothing contained in the Motion or this Order shall constitute a finding by this Court that any of the income or assets described in Exhibit "A" attached to the Motion constitute property of the Debtor or Debtor's bankruptcy estate.

4. As adequate protection only, MetroBank and the Other Secured Creditors are hereby granted a replacement lien on the Debtor's post-petition accounts receivable and proceeds of collection of the Debtor's accounts receivable, to the extent the use of any such creditors' cash collateral results in a decrease in the value of each such creditors' interest in such property upon which such creditor holds a validly perfected and unavoidable lien on property of Debtor's bankruptcy estate.

---

[1] Terms not otherwise defined herein have the same meaning ascribed to them in the Motion.

5. Notwithstanding anything in this Order, the Debtor shall reserve the right to file a subsequent pleading seeking Court authority to grant a senior priority lien or any assets of the bankruptcy estate to any potential debtor-in-possession lender, pursuant to section 364(d)(1) of the Bankruptcy Code.

6. No estate revenues will be used to pay salaries or wages of physicians employed by DCOA—Physicians Associates, P.A. (only revenues generated by DCOA—Physicians Associates, P.A. can be used to pay such salaries or wages).

7. Nothing in this Order shall affect MetroBank's right to challenge the reasonableness of restructuring costs incurred by the Debtor.

8. Notwithstanding anything in this Order, the Official Committee of Unsecured Creditors (the "Committee") shall have fourteen (14) days from entry of an order approving employment of counsel by the Committee (but in no event later than March 1, 2011) to move to modify or amend this Order, if, after its review, such action is warranted.

SIGNED **February 3, 2011.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

Assumed Chapter 11 Protection Filing Date

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20-Dec | 27-Dec | 3-Jan | 10-Jan | 17-Jan | 24-Jan | 31-Jan | 7-Feb | 14-Feb | 21-Feb | 28-Feb | 7-Mar | 14-Mar |
| Cash-In-Bank | $ 88,676 | $ 338,409 | $ 132,249 | $ 249,804 | $ 57,810 | $ 133,595 | $ (7,269) | $ 93,835 | $ (6,237) | $ 68,685 | $ (88,237) | $ 44,440 | $ (76,618) |
| **Cash Inflow** | | | | | | | | | | | | | |
| Collections on A/R - Normal | | | | | | | | | | | | | |
| New A/R - post Bankruptcy | 20,183 | 20,183 | 20,183 | 20,183 | 20,183 | 20,183 | 20,183 | 20,183 | 20,183 | 20,183 | 20,183 | 20,183 | 20,183 |
| Patient Cash Receipts | 74,250 | 74,250 | 214,569 | 232,858 | 215,107 | 224,794 | 255,483 | 256,625 | 256,276 | 257,712 | 260,122 | 260,333 | |
| Third Party Payments | 214,569 | | | | | | | | | | | | |
| Old A/R - pre Bankruptcy | 283,506 | 217,959 | 68,469 | 59,622 | 41,660 | 34,494 | 28,045 | 22,240 | 17,016 | 2,315 | | | |
| BCBS Bridges to Excellence | | | | 10,000 | | | | 10,000 | | | | | |
| Medicare - New Physicians | 289,292 | 283,506 | | | | | | | | | 11,270 | | 10,000 |
| **Cash Outflow** | | | | | | | | | | | | | |
| Payroll | | 388,244 | | 388,244 | | 349,420 | | 349,420 | | 331,949 | | 331,949 | |
| Health Insurance | | 56,345 | 12,281 | | | 41,345 | | | | 37,764 | 12,281 | | |
| Facility Rent | | | 88,656 | | 146,953 | | 88,656 | | 146,953 | | 68,210 | | 146,953 |
| Building Expenses | | | | | | | | | | | | | |
| Property Taxes | | | | | | | | | | | | | |
| Clinic Consumables | | 32,590 | 32,590 | 32,590 | 32,590 | 32,590 | 32,590 | 32,590 | 25,919 | 25,103 | 25,103 | 25,103 | 27,046 |
| Retinal Equipment | | | | | 16,000 | | | | 16,000 | | | | 16,000 |
| Contract Labor | | 8,763 | | 3,781 | 3,781 | | 5,316 | 879 | 879 | 879 | 879 |
| Emdeon (Patient Receivables) | | 5,316 | | | | | | | | | | | |
| Insurance | | 12,923 | 12,923 | | | | | | 5,316 | | | 5,316 |
| IT & Telecommunication | 13,541 | 13,541 | 13,541 | 13,541 | 11,383 | 11,383 | 11,383 | 11,383 | 11,383 | 11,383 | 11,383 | 11,383 | 11,383 |
| Franchise Taxes | | | | | | | | | | | | | |
| Continuing Education | | 3,595 | 3,805 | 3,595 | 3,805 | 2,999 | 3,805 | 2,999 | 3,805 | 2,999 | 3,805 | 2,999 | 3,805 |
| Marketing/Advertising | 10,006 | 10,006 | 10,006 | 10,006 | 7,173 | 7,173 | 7,173 | 7,173 | 7,173 | 7,173 | 7,173 | 7,173 | 7,173 |
| Other Operating Expenses | | | | | | | | | | | | | |
| **Total Cash Flow from Operations** | 285,928 | (180,965) | 142,751 | (166,798) | 100,980 | (115,668) | 119,803 | (81,371) | (138,222) | 151,377 | (102,358) | 71,962 |
| **Excess/(Deficit) of Cash** | | | | | | | | | | | | | |
| A/R Revolver | | | | | | | | | | | | | |
| Debt | | | | | | | | | | | | | |
| Equity | | | | | | | | | | | | | |
| **Restructuring Expenses** | 36,196 | 25,196 | 25,196 | 25,196 | 25,196 | 25,196 | 18,700 | 18,700 | 18,700 | 18,700 | 18,700 | 18,700 | 18,700 |
| **Ending Cash Balance** | $ 338,409 | $ 132,249 | $ 249,804 | $ 57,810 | $ 133,595 | $ (7,269) | $ 93,835 | $ (6,237) | $ 68,685 | $ (88,237) | $ 44,440 | $ (76,618) | $ (23,356) |
| **Accounts Receivables** | | | | | | | | | | | | | |
| Office Visits (Average) | 1,177 | 914 | 855 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,065 | 1,065 | 1,065 |
| Projected Reimbursement Rate | 275 | 275 | 275 | 275 | 273 | 273 | 273 | 273 | 274 | 274 | 274 | 274 | 274 |
| Total Projected Revenue | 323,675 | 323,675 | 251,350 | 235,125 | 281,738 | 280,057 | 280,057 | 280,057 | 280,713 | 280,713 | 291,673 | 291,673 | 291,673 |
| Billings Submitted to Payor | 297,000 | 323,675 | 251,350 | 235,125 | 281,738 | 280,057 | 280,057 | 280,057 | 280,713 | 280,713 | 291,673 | 291,673 | 291,673 |
| One-time Delay for Payor Set-up | | | | | | | | | | | | | |
| Normal Payor Processing Time | | 74,250 | 214,569 | 253,041 | 235,290 | 244,977 | 275,666 | 278,808 | 276,459 | 277,895 | 280,305 | 280,516 |
| **Accounts Receivables - Revolver (New A/R)** | | | | | | | | | | | | | |
| Billings | 297,000 | 323,675 | 251,350 | 235,125 | 281,738 | 280,057 | 280,057 | 280,057 | 280,713 | 280,713 | 291,673 | 291,673 | 291,673 |
| Lending Amount 85% | 252,450 | 275,124 | 213,648 | 199,856 | 239,477 | 238,049 | 238,049 | 238,049 | 238,606 | 238,606 | 247,922 | 247,922 | 247,922 |
| Borrowings/(Payment) | | | | | | | | | | | | | |
| Cumulative Borrowings | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 | $ 2,000,000 |
| Available for Borrowing | | | | | | | | | | | | | |
| **Accounts Receivables - Collections Old A/R** | | | | | | | | | | | | | |
| A/R Balance at Bankruptcy | $ 2,512,033 | $ 2,222,741 | $ 1,939,235 | $ 1,661,399 | $ 1,389,120 | $ 1,138,623 | $ 913,176 | $ 719,291 | $ 568,061 | $ 450,102 | $ 358,094 | $ 286,327 | $ 230,349 |
| Projected Collections | 289,292 | 283,506 | 277,836 | 272,279 | 250,497 | 225,447 | 193,885 | 151,230 | 117,959 | 92,008 | 71,767 | 55,978 | 43,663 |
| Remaining Balance | $ 2,222,741 | $ 1,939,235 | $ 1,661,399 | $ 1,389,120 | $ 1,138,623 | $ 913,176 | $ 719,291 | $ 568,061 | $ 450,102 | $ 358,094 | $ 286,327 | $ 230,349 | $ 186,686 |
| **Restructuring Expenses** | | | | | | | | | | | | | |
| Attorney | $ 15,905 | $ 15,905 | $ 15,905 | $ 15,905 | $ 15,905 | $ 15,905 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| HMG | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 |
| Broker | 10,000 | | | | | | | | | | | | |
| Accountants | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Other - Estimated @ 10% of Total | 3,291 | 2,291 | 2,291 | 2,291 | 2,291 | 2,291 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 |
| Total | $ 36,196 | $ 25,196 | $ 25,196 | $ 25,196 | $ 25,196 | $ 25,196 | $ 18,700 | $ 18,700 | $ 18,700 | $ 18,700 | $ 18,700 | $ 18,700 | $ 18,700 |