UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 10-41521 |
|---|---|---|---|
| Debtor | In Re: | Diabetes America, Inc. | |

This lawyer, who is admitted to the State Bar of _____Massachusetts_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Todd A. Feinsmith<br>Pepper Hamilton LLP<br>15th Floor, Oliver Street Tower, 125 High Street<br>Boston MA 02110<br>(617) 204-5100<br>Massachusetts Bar No. __559146__ |
|---|---|

Seeks to appear as the attorney for this party:

| EDG Partners Fund II, L.P. | |
|---|---|
| Dated: August 12, 2011 | Signed: [signature] |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:     Signed: _____<br>                Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge