

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**09/29/2011**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 10-41521** |
| **DIABETES AMERICA, INC.,** | § | **Chapter 11** |
| Debtor(s). | § | **Judge Isgur** |

## <u>ORDER RESETTING HEARINGS</u>

    The hearing on **Debtor's Motion for Standing (Doc. #303)** set for September 30, 2011 has been reset to **October 7, 2011 at 9:30 a.m.** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas.  The Confirmation Hearing set for October 7, 2011 at 9:30 a.m. has been reset to **October 14, 2011 at 1:30 p.m.**  The Debtor shall serve notice on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED **September 29, 2011.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

SIGNED **September 29, 2011.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE