IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIABETES AMERICA, INC., | § | CASE NO. 10-41521 |
| | § | (Chapter 11) |
| Debtor. | § | Judge Isgur |

### EMERGENCY MOTION TO EXTEND EXCLUSIVE PERIOD
### IN WHICH TO OBTAIN ACCEPTANCE OF A PLAN
### AND CONTINUE CONFIRMATION HEARING

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**THE DEBTOR HAS REQUESTED EMERGENCY CONSIDERATION OF THIS MOTION. SPECIFICALLY, THE DEBTOR REQUESTS THAT THE MOTION BE CONSIDERED ON OCTOBER 14, 2011 AT 1:30 P.M.**

**To the Honorable Marvin Isgur,
Chief United States Bankruptcy Judge:**

Diabetes America, Inc. (the "Debtor") files this Emergency Motion to Extend Exclusive Period in which to Obtain Acceptance of a Plan and Continue Confirmation Hearing.

### Summary of the Motion

1. On October 11, 2011, EDG Partners Fund II, L.P. ("EDG"), the proposed purchaser under the Debtor's chapter 11 plan (the "Plan"), notified the Debtor of a proposed purchase-price adjustment and certain due diligence issues that might affect the proposed closing

date under the EDG Asset Purchase Agreement. The Debtor is in the process of assessing the proposed purchase-price adjustment and addressing the due diligence issues raised by EDG. In light of the foregoing, the Debtor seeks a 45-day extension of the exclusive period within which the Debtor may obtain acceptance of a plan under § 1121(d) of the Bankruptcy Code. The Debtor also seeks a continuance of the October 14, 2011 confirmation hearing to the week of November 14, 2011.

## Request for Emergency Consideration

2.  The Debtor seeks emergency consideration of this motion. The Debtor only received notice of EDG's proposed purchase price adjustment and the due diligence issues possibly impairing confirmation of the Plan on October 11, 2011. The Debtor is diligently reviewing EDG's proposal and the Debtor's obligations under the Plan. The Debtor anticipates making a counter-proposal in the coming days. The Debtor is also working expeditiously to address the additional due diligence issues raised by EDG. Under the circumstances, the Debtor believes emergency consideration of the requested relief is warranted. The Debtor does not believe that emergency consideration will prejudice any party's rights and protects the *status quo*.

## Background

3.  On December 21, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to manage its assets as a debtor in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this case. A committee of unsecured creditors was appointed January 31, 2011 [Docket No. 90].

4. On April 15, 2011, the Court entered an order extending the Debtor's exclusive period to file a plan to August 19, 2011 and their exclusive period to confirm a plan to October 19, 2011 [Docket No. 169].

5. On August 18, 2011, the Court entered its order approving sale procedure, form of asset purchase agreement, form of notice, and bid protections. Attached to the order is a copy of the Asset Purchase Agreement dated August 17, 2011 entered into between the Debtor and EDG (the "APA").

6. On September 2, 2011, the Court approved the Debtor's disclosure statement in support of the Plan and set a confirmation hearing for October 5, 2011 at 10:00 a.m. [Docket No. 302]. The confirmation hearing was subsequently continued to October 14, 2011 at 1:30 p.m.

7. On October 11, 2011, EDG Partners Fund II, L.P. ("EDG"), the proposed purchaser under the Debtor's chapter 11 plan (the "Plan"), notified the Debtor of a proposed purchase-price adjustment and certain due diligence issues that might affect the proposed closing date under the EDG Asset Purchase Agreement.

## Relief Requested

8. The Debtor requests a 45-day extension of the period to obtain acceptances of a plan through December 2, 2011.

9. Pursuant to § 1121(d) of the Bankruptcy Code, the Court may extend the exclusivity for cause. While the Code does not define "cause," courts have referred to the cause standard set forth in § 1121(d) as a general standard that allows the Bankruptcy Court "maximum flexibility to suit various types of reorganization proceedings." *In re Gibson & Cushman Dredging Corp.,* 101 B.R. 405, 409 (E.D.N.Y. 1989) (citing *In re Public Serv. Co. of N.H.,* 88 B.R. 521, 534 (Bankr. D. N.H. 1988); *In re Amko Plastics, Inc.,* 197 B.R. 74, 77 (Bankr. S.D. Ohio 1996)).

10. On the eve of confirmation of the Plan, the Debtor received notice of EDG's proposed purchase price adjustment and certain due diligence issues possibly impairing confirmation of the Plan. The Debtor is diligently reviewing EDG's proposal and the Debtor's obligations under the Plan. The Debtor anticipates making a counter-proposal in the coming days. The Debtor is also working expeditiously to address the additional due diligence issues raised by EDG. Under the circumstances, the Debtor believes a 45-day extension of exclusivity and a continuance of the confirmation hearing to the week of November 14, 2011is warranted. Also, the Official Committee of Unsecured Creditors supports the requested relief. In light of the foregoing, the Debtor believes that cause exists to grant the requested relief.

11. Accordingly, the Debtor requests that the Court (i) grant the Debtor a 45-day extension of its exclusive period to obtain acceptances of a plan through and including December 2, 2011; (ii) continue the confirmation hearing to the week of November 14, 2011; and (iii) grant the Debtor other just relief.

**Dated: October 12, 2011.**

Respectfully submitted,

**Porter Hedges LLP**

By: /s/ Joshua W. Wolfshohl
Joshua W. Wolfshohl
State Bar No. 24038592
Joshua N. Eppich
State Bar No. 240567
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for the Debtors**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was duly served by United States first class mail to all parties listed on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on October 12, 2011.

                        /s/ Joshua W. Wolfshohl
                        Joshua W. Wolfshohl

## SERVICE LIST

AB Hawaii Royal MacArthur LLC
c/o Gary Kessler
Kessler Collins PC
2100 Ross Ave, Suite 750
Dallas, TX  75201-6707

Aldine Independent School District
Susan R. Fuertes
14910 Aldine Westfield
Houston, TX  77032-3028

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701

Apelles Master Fund I, Ltd.
c/o Shari L. Heyen
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX  77002-5001

Apelles Investment Management
767 3rd Avenue, 17th Floor
New York, NY 10017

Carrollton-Farmers Branch Independent School
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX  75205-4210

Cyrus Networks, LLC
c/o Craig H. Cavalier, Attorney at Law
P.O. Box 270565
Houston, TX  77277-0565

Fairfield Argenis
Fairfield Greenwich Advisors, LLC
575 Madison Avenue, 8th Floor
New York, NY 10022

Diabetes America, Inc.
11321 Fallbrook Drive
Houston, TX  77065-4232

GMAC Mortgage, LLC
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA  92117-3600

Katy ISD
Montgomery County
Harris County
c/o John P. Dillman
Post Office Box 3064
Houston, TX  77253-3064

L. David Smith
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo
Suite 110
Houston, TX  77027-7190

Pearland MOB, Ltd.
c/o Mark C. Taylor
100 Congress Avenue
18th Floor
Austin, TX  78701-4042

Richardson ISD, Dallas County Utility & Reclamation
c/o Elizabeth Banda Calvo
Perdue Brandon Fielder et al.
P.O. Box 13430
Arlington, TX  76094-0430

Strasburger & Price, LLP
Duane J. Brescia
600 Congress Ave., Suite 1600
Austin, TX  78701-2974

2357005v1

Tres Colegas Realty Partners, Ltd.
c/o Michael Flume
FLUME LAW FIRM, LLP
1020 NE Loop 410, Suite 200
San Antonio, TX  78209-1218

Ventana Properties Inc.
c/o Michael J. Durrschmidt
Hirsch & Westheimer
700 Louisiana, Suite 2550
Houston, TX  77002-2772

Tracy D. Fink
Pite Duncan, LLP
4375 Jutland Dr., Suite 200
PO Box 17833
San Diego, CA  92177-0933

Aetna Life Insurance Company
P.O. Box 981105
El Paso, TX  79998-1105

Afton Capital, Inc.
2440 Camino Del Avion A304
Dana Point, CA  92629

Amanda R. Keiser
Weycer, Kaplan, Pulaski & Zuber, P.C.
Eleven Greenway Plaza, Suite 1400
Houston, TX  77046-1130

Anan Anabtawi
24040 Camini Del Avion #304
Dana Point, CA  92629-4005

Arizona Medicare Part B
P.O. Box 6704
Fargo, ND  58108-6704

BCBS of Texas – Co Health Insurance
Attn:  Cashier Health Care Service Corp.
P.O. Box 660049
Dallas, TX  75266-0049

Bank of America
Steeplechase Branch
11025 FM 1960 Road West
Houston, TX  77065-3611

Baytree Leasing Company, LLC
721 N. McKinley, Suite 200
Lake Forest, IL  60045

Bexar County
c/o David G. Aelvoet
711 Navarro Suite 300
San Antonio, TX  78205-1749

Bonita Groesser
4451 Castle Court Place
Houston, TX  77006-5763

Brad T. Wyly
Wyly Law Firm, P.C.
3401 Louisiana, Suite 280
Houston, TX  77002-9589

Briggs & Veselka Co.
6575 West Loop South
Suite 700
Bellaire, TX  77401-3595

Bruce Feuchter Esq.
Stradling, Yucca, Carlson & Rauth
660 Newport Center Drive, Suite 1600
New Port Beach, CA  92660-6458

Cardinal Health, Inc.
c/o Totz Ellison & Totz
Suite 510
Houston, TX  77098

Clay M. Taylor
Katherine L. Thomas
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX  76102-3194

DCOA – Physicians Associates, PA
11310 Fallbrook Suite 100
Houston, TX  77065

Denly ACI Partners, Ltd.
Attn:  Mark Von Waaden
13809 Research Blvd., Suite 810
Austin, TX  78750-1211

Dennis C. Von Waaden and
Sally Von Waaden, Co-Trustees
Of the Von Waaden 204 Revocable Trust
13809 Research Blvd., Suite 810
Austin, TX  78750-1211

Disability Determination Services
P.O. Box 149198
Austin, TX  78714-9198

EBKT-DA, LLC
Lee A. Ohliger
Carter Ledyard & Milburn
2 Wall Street
New York, NY  10005-2072

Frank Basile
Dina Basile
3010 LBJ Freeway, Suite 200
Dallas, TX  75234-2723

Frank Basile
c/o Richard G. Dafoe
Vincent Lopez Serafino & Jenevein, P.C.
1601 Elm Street, Suite 4100
Dallas, TX  75201-7274

Frank Monroe
Christopher H. Trickey
Graves, Doughtery, Hearon & Moody, P.C.
401 Congress Ave, Suite 2200
Austin, TX  78701-3790

GE Healthcare IITS USA Corp.
Attn:  Maria Dionne, A/R
40 IDX Drive
South Burlington, VT  05403-7771

Graham Houston II Medical Building LP
505 Fifth Avenue, Suite 200
Des Moines, IA  50309-2449

Hal Morris
Assistant Atty General/Managing Atty
Bankruptcy Regulatory Section
300 West 15th Street, MC 008
Austin, TX  78701-1649

Identity Architects
111 Travis Street
Houston, TX  77002

Insolvency Group
Internal Revenue Service
1919 Smith St.
STOP 5022 HOU
Houston, TX  77002-8049

James E. Bailey III
Butler, Snow, O'Mara, Stevens
6075 Poplar Avenue, Suite 500
Memphis, TN  38119-0102

James M. Welch
Vincent Lopez Serafino, Jenevein, P.C.
1601 Elm Street, Suite 4100
Thanksgiving Tower
Dallas, TX  75201-7274

Jeff Carruth
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX  76015-2936

John Locy
5322 Totruga Trail
Austin, TX  78731-4520

Longmont Capital, Ltd.
281 Watertfront Drive
Road Town, Tortoal, BVI

2357005v1                                        3

Jonathan L. Howell, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201-3302

K.B. Centre, Ltd.
8554 Katy Freeway
Suite 301
Houston, TX  77024-1804

Kimon J. Angelides
3614 University Blvd.
Houston, TX  77005-3360

Konica Minolta Premier Finance
P.O. Box 790448
St. Louis, MO  63179-0448

MOB 124 of Texas, L.P.
c/o John C. Dunne
1001 McKinney, Suite 1100
Houston, TX  77002-6424

Mark and Jane Osman
906 Rock Spring Cove
Round Rock, TX  78681

Matlock Park Place, LP
c/o Jonathan L. Howell, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201-3302

Matthew R. Reed
Rhett G. Campbell
Thompson & Knight LLP
333 Clay St., Suite 3300
Houston, TX  77002-4499

Medcap Properties, LLC
98 San Jacinto Bl., Suite 1810
Austin, TX 78701

Medicaid NHIC
P.O. Box 20055
Austin, TX  78720

Medicare Part B. Texas
P.O. Box 660156
Dallas, TX  75266-0156

MetroBank
9600 Bellaire Blvd.
Suite 252
Houston, TX  77036-4520

MetroBank, N.A.
Bellaire Branch
Attn:  Robert Lee
9600 Bellaire Blvd, Suite 101
Houston, TX  77036-4533

NASA Parkway MOB
SJH Medical Office Partners
11360 Jog Road
Suite 200
Palm Beach Gardens, FL  33418-1751
Attn: Melissa Robles

Nueces County
c/o Diane W. Sanders
Linebarger Goggan Blair & Goggan
P.O. Box 17428
Austin, TX  78760-7428

O.N. Baker, Attorney at Law, Inc.
8554 Katy Freeway, Suite 301
Houston, TX  77024-1804

Office of the Attorney General
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Office of the Attorney General
Main Justice Building, Room 5111
10th Street & Constitution Avenue, N.W.
Washington, DC  20530-0001

Office of the U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, TX  77002-2604

PRU CB Limited Partnership
Wells Fargo Department 4282
P.O. Box 202220
Dallas, TX  75320-2220

PSS – San Antonio Research
6601 Guada Coma Drive
Suite 250
Schertz, TX  78154-3256

Pasadena Independent School District
c/o Dexter D. Joyner
Law Office of Dexter D. Joyner
4701 Preston Avenue
Pasadena, TX  77505-2050

Physician Sales & Service
Attn:  Julia Moore
15550 Vickery Dr., Suite 200
Houston, TX  77032-2583

Premium Assignment Corporation
P.O. Box 3100
Tallahassee, FL  32315-3100

Rebecca Sewell
Senior Property Manager
HPI Real Estate Management, Inc.
4538 Centerview Drive, Suite 151
San Antonio, TX  78228-1304

Restasure Digital Healthcare, Inc.
343 South White Street
Wake Forest, NC  27587-2916

RiverStone Wealth Management
7801 Capital of Texas Highway
Suite 310
Austin, TX  78731-1196

Robert Simpson
Assistant General Counsel
Texas Medical Board
333 Guadalupe, Tower 3, Suite 610
Austin, TX  78701

Rosemary Mazanet
c/o Sheri L. Heyen
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX  77002-5001

SM Center Conroe Ltd.
Attn:  Patrick Murphy
2605 LBJ Frwy
Suite A
Dallas, TX  75234-7348

Sealy Westport Portfolio, L.P.
Dept. #1593
P.O. Box 1124
Birmingham, AL  35246-1593
Attn: Richard Howell

Richard T. Howell
Sealy Westport Portfolio LP
Bukley, White, Castaneda & Howell, LLP
2401 Fountainview, Suite 1000
Houston, TX 77057

Gilbert B. Weisman
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

Strasburger & Price, LLP
c/o Duane J. Brescia
600 Congress Ave., Suite 1600
Austin, TX  78701-2974

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX  75201-2644

Texas Workforce Commission
101 East 15th Street
Austin, TX  78778-0001

Townsend Crossing, LP
Attn:  Mr. David Mulligan
1513 Highway 69, #42
Nederland, TX  77627-7807

TrailBlazer Health Enterprises, LLC
Executive Center III
8330 LBJ Freeway
Dallas, TX  75243-1166

U.S. Attorneys Office
Southern District of Texas
P.O. Box 61129
Houston, TX  77208-1129

Unilev Management Corporation
Dept. 456
P.O. Box 4408
Houston, TX  77210-4408

Ventas Bayshore
c/o Grubb & Ellis Mgmt Svcs
500 W. Monroe St. Suite 2800
Chicago, IL  60661-3773

Venue at Hometown, Ltd.
Attn:  Richard A. Myers
8333 Douglas Ave., Suite 110
Dallas, TX  75225-5811

Verizon Business
P.O. Box 371355
Pittsburgh, PA  15250-7355

Weingarten Nostat, Inc.
Attn:  Jenny J. Hyun, Esq.
c/o Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, TX  77008-1351

YS & LS & LS Partnership, Ltd.
6017 St. Denis St.
Corpus Christi, TX  78414-6255

Barbara M. Rogers
The Plaza at Callagham Road
Rogers & Anderson, PLLC
1415 N. Loop West, Suite 1020
Houston, TX 77008

H. Joseph Acosta
Michael W. Bishop
Looper Reed & McGraw, P.C.
1601 Elm Street, Suite 4600
Dallas, TX 75202

Jason M. Rudd
Diamond McCarthy LLP
909 Fannin, Suite 1500
Houston, TX 77010

Jeff P. Prostok
Matthew G. Maben
Forshey & Prostok, L.L.P.
777 Main Street, Suite 1290
Fort Worth, TX 76012

John P. Dillman
Linebarger Goggan Blair
& Sampson, LLP
Post Office Box 3064
Houston, TX 77253-3064